IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. CASE NO. 06-102-(JDB) |
| | : | |
| RUSSEL JERRY JOSEPH, et al. | : | |

### NOTICE OF APPEARANCE

COMES NOW ATTORNEY, ALLEN H. ORENBERG, of The Orenberg Law Firm, P.C., pursuant to the Criminal Justice Act (CJA), and hereby enters his appearance, *nunc pro tunc* to May 8, 2006, as counsel for the defendant, Russel Jerry Joseph, in the above-captioned matter.

Respectfully Submitted,

Allen H. Orenberg  (D.C. Bar 395519)
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
Tel. No. 301-984-8005
Fax No. 301-468-0215
aorenberg@orenberglaw.com

### Certificate of Service

I hereby certify that on the 10th day of May, 2006, a copy of the foregoing Notice of Appearance was served via ECF to: Bruce Hegyi, Esquire, Assistant United States Attorney, U.S. Attorney's Office, 555 4th Street, NW, Washington, DC 20530.

Allen H. Orenberg