UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, :

        Plaintiff, :

v. :    Criminal Action No. 06-102-3 (JDB)

RUSSEL JOSEPH , :

        Defendant. :

### ORDER

Upon the oral motion of defendant _____RUSSEL JOSEPH_____, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from _____6/13/06_____ through and including _____7/14/06_____, shall be excluded in computing the date for speedy trial in this case.

Dated: _____June 13, 2006_____

                                                          JOHN D. BATES
                                                United States District Judge

AGREED:

_____
        Defendant

_____
        Defense Counsel

_____
        Attorney for United States