IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CR. CASE NO. 06-102 (JDB) |
| : | |
| **RUSSEL JERRY JOSEPH, et al.** : | |

## *EX PARTE* MOTION FOR INTERIM PAYMENTS
## FOR ATTORNEY APPOINTED (CJA) PURSUANT TO 18 U.S.C. §3006(A)

COMES NOW, counsel for Russel Jerry Joseph, Allen H. Orenberg, Esq., *ex parte*, to respectfully request this Honorable Court, pursuant to paragraph 2.30A of the *Guidelines for the Administration of the Criminal Justice Act* and Volume VII, *Guide to Judiciary Policies and Procedures* to determine that the case of *United States of America v. Russel Jerry Joseph, et al.*, satisfies the criteria of "extended" and "complex" as defined in the *Guide to Judiciary Policies and Procedures*, and as a result, to authorize interim voucher payments for counsel appointed to this case.[1]

In support of his motion undersigned counsel states the following:

1. Counsel was appointed on this case on May 8, 2006. On July 26, 2006, pursuant to a written plea agreement, the Court accepted the defendant's voluntary plea of guilty to both counts of the Superseding Indictment; (1) Conspiracy to Commit Hostage Taking Resulting in Death, in violation 18 U.S.C. § 1203(a) and, (2) Hostage Taking Resulting in Death, in violation 18 U.S.C. § 1203(a) & Aiding & Abetting, in violation of 18 U.S.C. § 2. The sentencing of defendant Joseph has been continued until a date to be determined in the future.

---

[1] Undersigned counsel has recently spoken with Thomas Abbenante, Esq., (representing co-defendant Winston Gittens) and Diane S. Lepley, Esq., (representing co-defendant David Suchit) about this request for interim CJA payments. Both attorneys join in this Motion.

2.      As noted above, defendant Joseph has pled guilty to a two count Superseding Indictment involving the hostage taking and consequential death of a United States citizen, occurring within the country of Trinidad and Tobago. The code statute (18 U.S.C. § 1203(a)) under which the defendant stands convicted, requires punishment "by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life imprisonment."

3.      On July 7, 2006, counsel was notified that the Attorney General of the United States authorized the United States Attorney's Office for the District of Columbia not to seek the death penalty against defendant Joseph in this case. Nevertheless, defendant Joseph may be sentenced to a term of life imprisonment.

4. Considerable work has already been done by counsel; e.g., reviewing the evidence in this case, several meetings with the defendant, numerous communications with other persons, and negotiating the defendant's plea agreement., counsel anticipates expending considerable time when drafting a sentencing memorandum and preparing for the sentencing hearing.

5.      In light of the potential severity of the sentence to be imposed on the defendant, it is anticipated that extensive additional time will be incurred by counsel when preparing for the sentencing hearing, including a the drafting of a comprehensive Memorandum in Aid of Sentencing. Furthermore, it may be necessary for counsel to travel to the country of Trinidad & Tobago to interview and prepare witnesses to be called on behalf of defendant Joseph at the sentencing hearing.

6.   Counsel is a sole practitioner.[2] Waiting until after the sentencing hearing (which may occur in the distant future) to submit a CJA-20 form for legal services & expenses will cause financial hardship in counsel's normal business operations.

**WHEREFORE** for the foregoing reasons and such other reasons that may appear just and proper, Allen H. Orenberg, counsel for defendant Russel Jerry Joseph, respectfully requests that this motion for Interim CJA Payments be granted.

Respectfully Submitted,

_____
Allen H. Orenberg  (D.C. Bar 395519)
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
Tel. No. 301-984-8005
Fax No. 301-468-0215
aorenberg@orenberglaw.com

Dated: August 2, 2006

---

[2]   Both Thomas Abbenante, Esq., and Diane S. Lepley, Esq., are likewise sole practioners.

3