# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CR. CASE NO. 06-102(JDB) |
| : | |
| **RUSSEL JERRY JOSEPH, et al.** : | |

## O R D E R

Because of the expected length and complexity of the proceedings in the above captioned matter, CJA appointed counsel may use the following procedures to obtain interim payments during the course of their representation:

Counsel may submit to the Office of the Federal Public Defender, each month, an appropriate interim CJA Form setting forth an itemization of compensation earned and reimbursable expenses.

The court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,000.00 and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first interim voucher or any subsequent interim vouchers cumulatively seek hourly compensation exceeding the $7,000.00 CJA per-case ceiling (excluding reimbursement sought for expenses), those vouchers must be approved by both this Court and the Chief Judge of the Circuit before disbursement can be made. One-third of the out-of-court compensation approved for each voucher shall be withheld until the final accounting.

At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the one-third balance withheld from the earlier interim vouchers.

After the review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit each to the Chief Judge of the Circuit for a review and approval.

SO ORDERED.

_____  _____
Date                                                          United States District Judge
                                                                     For the District of Columbia


_____  _____
Date                                                          Chief Judge, U.S. Court of Appeals
                                                                     For the District of Columbia Circuit

Copies to:

Allen H. Orenberg, Esq.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852

Counsel for Russel Jerry Joseph

Ms. Erica Freeman
Panel Administrator
Office of the Federal Public Defender
625 Indiana Ave., N.W. Suite 550
Washington, D.C. 20004

Thomas Abbenante, Esq.
1919 Pennsylvania Ave., NW
Washington, D.C.  20006

Counsel for Winston Gittens

Diane Lepley, Esq.
400 7th St., NW
Suite 400
Washington, D.C.  20004

Counsel for David Suchit