IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. CASE NO. 06-102-(JDB) |
| RUSSEL JERRY JOSEPH, et al. | : |

**DEFENDANT'S UNOPPOSED MOTION FOR A
CONTINUANCE OF THE JUNE 13, 2007, STATUS HEARING**

COMES NOW DEFENDANT, Russel Jerry Joseph, by and through his undersigned counsel, and hereby respectfully moves this Honorable Court for the entry of an Order continuing the June 13, 2007, status hearing to a date/time convenient to the Court and to the parties. As grounds, the following is stated:

1. This Motion for continuance of the June 13, 2007, (9:00 a.m.) status hearing is unopposed by AUSA Bruce Hegyi.

2. Defendants' counsel has a personal family issue requiring his presence in Lake Worth, Florida, during the week of June 11-15, 2007.

WHEREFORE, for the foregoing reasons and such other reasons that may appear just and proper, Defendant, Russel Jerry Joseph, by and through counsel, respectfully moves this Honorable Court for the entry of an Order continuing the June 13, 2007, status hearing to a date/time convenient to the Court and to the parties.

Respectfully Submitted,

Allen H. Orenberg (D.C. Bar 395519)
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
Tel. No. 301-984-8005
Fax No. 301-468-0215
aorenberg@orenberglaw.com

### Certificate of Service

I hereby certify that on the 24th day of May, 2006, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR A CONTINUANCE OF THE JUNE 13, 2007, STATUS HEARING, and a proposed Order, was served via ECF to: Bruce Hegyi, Esquire, Assistant United States Attorney, U.S. Attorney's Office, 555 4th Street, N.W., Washington, DC 20530. (E-mail: bruce.hegyi@usdoj.gov)

_____
Allen H. Orenberg

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CR. CASE NO. 06-102(JDB) |
| : | |
| RUSSEL JERRY JOSEPH, et al. : | |

## O R D E R

Upon consideration of the defendant's unopposed motion for a continuance of the June 13, 2007, status hearing, and for good cause shown, it is hereby this _____ of _____, 2007, Ordered, the Motion is granted. The status hearing will be continued to _____, 2007 at _____ a.m. / p.m.

In the alternative, the Clerk of the Court is directed to consult with the parties to select a new status hearing date.

SO ORDERED.

_____
United States District Judge
For the District of Columbia

Copies To:

Allen H. Orenberg, Esq.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852

AUSA Bruce Hegyi
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

1