MICHAEL BOURNE
BOYIE

# STATEMENT

D.O.B. 23/6/78

Name CHRISTOPHER SEALEY Sex Male Age 32 YEARS.

Occupation Shop keeper Address LP 54 Kingston Avenue, La Canoa Road, Santa Cruz

Investigating Officer taking Statement No. 13158 WPC MITCHELL - CORYNE.

Others present No. 11602 A. PINDER, JUSTICE OF THE PEACE Mr. ASQUITH CLARKE and HUGH DAVID SEALEY JNR. HOMICIDE

Date 8th August, 2006 Time Commenced 9:15pm. Place AROUCA POLICE STATION

I MICHAEL BOURNE also known as CHRISTOPHER SEALEY and BOYIE, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be given in evidence. I have also been told that I have the right to retain a legal adviser. Christopher Bourne 8/8/06 Hugh Sealey 8-8-06 [signature] J.P 8/8/06 In early January, 2005 WAYNE PIERRE come and check meh and say he have some scene line up. he Tell meh how we go meet by Melowwoodes. When we reach by Melowwoodes everybody was dey. The soldiers and them. The soldiers and them start to Talk about the same man "B" like which part he does be drinking in El Socorro and after the meeting by the bar they tell we to go across by the car. When we reach across to the car the soldier bring the two gun and handed it to me and STAKA. and after the driver drive off and

C B x

[stamp: Justice of the Peace, St. George East, 8/8/06]

M. Clarke 8/8/06 Christopher Bourne 8-8-06
Hugh Sealey 8-8-06 [signature] J.P 8/8/06

went down the road by ~~El Socorro~~ Arranquez side and after we drive down ~~El Socorro~~ Arranquez he drive around and show we where the man is inside the bar. After we leave and come out the car and went inside the bar and after we reach in the bar I end up sticking the man up. Me and Jessica and after we took him to the car Saucy was driving. We went up Santa Cruz and hand him over to the man dey call SOLDIER. After we hand him over to NINJA dey take him and go away with him. I leave and went home and then the SOLDIER come up the road by me in the night for the gun the gun had no shots in it and ~~I give Ted~~ TED meh brethren the gun to give the soldier it cause ah didn't want meh name to call. they end up calling meh name and say I do it and beside that I have a witness who came and was there when he come and collect the gun. After that NINJA come and tell meh that the man died with some sickness he had and he end up chopping him up and burying him and everything was alright. NINJA was in he car when he come and tell meh that.

x CB x CB CB CB

Christopher Bourne 8-8-06

Justice of the Peace St George East 8/8/06

G.P., TR./To.—P 100—50,000—/99

[signature] 8-8-0-6 [signature] 8/8/06

**STATEMENT**

Name.................................... Sex.......... Age..........

Occupation.................................... Address....................................

Investigating Officer taking Statement ..... continued'

Others present....................................

Date | Time Commenced | Place

QUESTION: Do you know WAYNE PIERRE by any other name and where does he live?

ANSWER: Yeah, ninja, and he live in Bourg Mulatteress, Santa Cruz and we went to school together and I use to see him in school.

QUESTION: What do you mean by scene line up?

ANSWER: He end up coming up and showing meh about the soldier and them and they were planning to kidnap the man for money and they were planning it by Melowoods.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Where is Melawmood's?

ANSWER: That is by the Club in Bourg Mulasteress.

QUESTION: Who was at the meeting at the

[signature] 8/8/06 CB [initials] Christopher Bourne 8-8-06 [signature] 8/8/06

[signature] 8-8-06

[signature] 8/8/06

St George East [stamp]

club?

ANSWER:- It was me SITAKA, NINJA and three soldiers.

QUESTION: Do you know SITAKA by any other name?

ANSWER: No, all I know is that he living somewhere in Santa Cruz.

QUESTION: Describe the man in the car?

ANSWER: It was ah Indian, low hair slim with beard and thing.

QUESTION: Did the soldier tell you anything about the man?

ANSWER: They say he used to fight war in Vietnam or something like that. Like they had their plan before.

QUESTION: Describe the soldiers who was there at Melowwoods?

ANSWER: It had one that was taller than all the rest, dark, his hair was low. Next one he was riding hard with NINJA and he not in the force and he get throw out of the force. He was brown skin, short, straight muscular in body and had a low cut. I know him by seeing him in Bourg Mulatresse, opposite NINJA house. Sometimes NINJA would pass with him in the car. Then it have the next one he still in the force he used to be fixing where they does fix radio and thing by Miguel and them opposite Mellowwoods

P.C.B

[signature] St. George East [signature] 8/8/06

G.P. TR/TO.—P 190—50,000—/99

[signature] 8/8/06

Christopher Bourne 8-8-06

[signature] 8-8-06 [signature] 8/8/06

**STATEMENT**

Name ........ continued

Sex ........ Age ........

Occupation ........ Address ........

Investigating Officer taking Statement ........

Others present ........

Date ........ Time Commenced ........ Place ........

and I use to pass and see him right through. He was short and had a round face, brown skin and strong built.

QUESTION: Do you know the driver?

ANSWER: Yeah he name Spicy, all ah we went to school together. He was older than me and he living up in Bouvey Mulatresse by NINJA.

CBB QUESTION: Does ~~Spicey~~ (NINJA) have a car and describe it?

ANSWER: Yeh he have one ah think it is a grey, but ah don't know the number.

QUESTION: What do you mean by picking him up and say how this was done?

ANSWER: SHAKA was standing outside in road in front the Club and I walk in and tell the man that we come for him and after I tell him leh we walk. I had the gun in meh hand. That was a dummy gun it was empty.

QUESTION: What did the man do?

ANSWER: The man did not do anything

M. Cadore 8/8/06 Christopher Bourne 8-8-06 [signature] 8/8/06

[signature] 8-8-0-6

Justice of the Peace St. George East [signature] 8/8/06

he jist walk and when we reach to the car SHAKA put him inside the car and after I jump in and went up the road with Spicey. and the same soldier who was alway with NINJA was sitting in a car over the road watching the scene.

QUESTION: when you was by Melowwoods and the soldier bring the gun - which one of the soldier was that?

ANSWER: The same soldier who was moving with ninja and living up by he, CB he give meh the gun inside the car. He give SHAKA a gun too.

QUESTION: who showed you the man in the bar?

ANSWER: The same soldier who living up by NINJA CB to show me the man. CB

QUESTION: when did you hear the man died and how long after you learn of his death.

ANSWER: It was CB about two ~~the same~~ weeks. CB ah hear he dead when NINJA come up by the shop and tell me the man dead ~~and he~~ on he hand CB and he chop him up.

QUESTION: Did you recaive any money

ANSWER: No.

QUESTION: Did you kill the man?

ANSWER: I did not kill no man and meh ah take part in it.

Christopher Bourne 8-8-06

M. [signature] 8/8/06 [signature] 8-8-0-6 [signature] JP 8/8/06

Justice of the Peace St. George East [stamp, signature] 8/8/06

**STATEMENT**

Name........ continued. ........ Sex........ Age........

Occupation........ Address........

Investigating Officer taking Statement........

Others present........

Date | Time Commenced | Place

QUESTION: If you see the soldier who was riding with MINJA all the time would you be able to identify him?

ANSWER: Yeah. Because he who set mah up with the gun. Christopher Bourne 8-8-06 [illegible] 8-8-06

[illegible] JP 8/8/06 [illegible] 8/8/06

The above statement has been read to me and I have been Told that I can correct, alter or add anything I wish. this Statement is true. I have made it of my own free Will. Christopher Bourne 8-8-06 [illegible] 8-8-06

[illegible] JP 8/8/06

This is to certify that I was requested by the Police at the Homicide Bureau of [illegible] that my presence was needed. On my arrival I met #13158 WPC [illegible] #16507 PC Pindar, a Young man name Michael Bourne also called Christopher Sealey and his father Hugh David Sealey. WPC [illegible] informed me she was investigating an incident of Murder and Michael Bourne was the suspect. I then requested the Police Officers to leave the room so I could speak to the suspect

[illegible] Justice of St. George 8/8/06

to which they complied. I then asked the suspect if he was threatened abused or promised anything to give the statement and he said no. He was giving the statement on his free own free will. I also told him he was not obliged to give any statement and he said he wanted to give a statement and he wanted the police to write the statement. I then re-called the Police officers to the room. WPC Gomez got the statement she wrote all that was required at the top and read the Preamble to the suspect and he said understood and she wrote it. The suspect signed and dated it along with his father PC Pinder and myself also signed and dated it. The suspect dictated his statement while WPC Gomez recorded it. She also asked questions so as to clarify areas which needed to be properly identified to which the suspect answered. She then asked him if he was satisfied with she wrote as she read the statement to the suspect in the presence of his father. He said he was satisfied that it correctly recorded and he signed and dated, likewise PC Pinder, the suspect and myself.

Justice of the [illegible] St. George East [signature] [date illegible]

G.P., TR/TO.—P 190—50,000—[illegible]

STATEMENT

Name.................................................. Sex.............. Age..............

Occupation.................................................. Address..................................................

Investigating Officer taking Statement..................................................

Others present..................................................

Date | Time Commenced | Place

signed and dated it. The subject then wrote a Certificate from the Judges Rules to which again he signed and dated it his father did likewise PC Pinder and I did likewise.

[signature]

Justice of the Peace 8/8/06
St. George East

Justice of the Peace
St. George East
[signature] 8/8/06

Time ended 9:45pm on Tuesday 8th August, 2006

Recorded by: Tamaline Mitchell-George B.S.S.
[signature] B.S.S. 8/8/06.

TOTAL P.05