

U.S. Department of Justice

United States Attorney

*District of Columbia*

---

Bruce R. Hegyi
Assistant United States Attorney

Criminal Division
Federal Major Crimes Section

555 Fourth St. N.W.
Room 4848
Washington, D.C. 20530
(202) 305-9637
(202) 353-9414 (fax)

August 5, 2008

BY FAX (202/785-3130) and FIRST CLASS MAIL
Hon. Ronald Crichlow
Immigration Attache
Embassy of Trinidad & Tobago
1708 Massachusetts Ave., N.W.
Washington, D.C. 20036

      Re:    Consular Notification
             Arrest and Detention of Trinidad & Tobago Citizens:
             <u>Leon NURSE, Ricardo De FOUR, Zion CLARKE, & Kevon DEMERIEUX</u>

Dear Mr. Crichlow:

      Please accept this communication as formal Consular notification that the following citizens of Trinidad & Tobago have been arrested and are being detained in Washington, D.C.:

             **Leon NURSE, also known as "Leo"**
             Date of Birth: 24 December 1964
             Place of Birth: Port of Spain, Trinidad

             **Ricardo De FOUR**
             Date of Birth: 26 September 1972
             Place of Birth: Port of Spain, Trinidad

             **Zion CLARKE**
             Date of Birth: 17 November 1977
             Place of Birth: Port of Spain, Trinidad

             **Kevon DEMERIEUX, also known as "Ketchit"**
             Date of Birth: 26 July 1982
             Place of Birth: Port of Spain, Trinidad

Hon. Ronald Crichlow
August 5, 2008
Page 2

      Each of these four individuals was arrested in Trinidad & Tobago pursuant to a Provisional Arrest Warrant that was served on him in Trinidad & Tobago, in relation to an Indictment and superseding Indictment that were returned against them in Criminal No. 06-102 (JDB), *United States v. Jason Errol Percival, et al.* which is pending in the United States District Court for the District of Columbia. I am including as an enclosure to original of this letter that is being mailed to you a copy of the superseding Indictment.

      On Monday, August 4, 2008, in accordance with Surrender Warrants signed by the Trinidadian Attorney General's Office, each of these individuals was transported from Trinidad & Tobago to Washington, D.C., by Special Agents of the Federal Bureau of Investigations. Earlier today, each of these individuals was arraigned before United States Magistrate Judge Alan Kay and was ordered held without bond.

      The following attorneys are representing the indicated defendants:

<u>Leon NURSE</u>:
Michael E. Lawlor, Esquire
6305 Ivy Lane, Suite 608
Greenbelt, MD 20770
(301) 474-3404

<u>Ricardo De FOUR</u>:
Thomas J. Saunders, Esquire
207 E. Redwood Street
Baltimore, MD 21202
(410) 547-9087

<u>Zion CLARKE</u>:
Jeffrey B. O'Toole, Esquire
1350 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550

<u>Kevon DEMERIEUX</u>:
Reita Pendry, Esquire
P.O. Box 5432
Charlotte, NC 28299
(704) 532-6232
www.rpendry@bellsouth.net

      Please be advised that the government of the Republic of Trinidad & Tobago is aware of this matter. My point of contact is David West, Esquire, Head, Central Authority, Ministry of Attorney General, Trinidad & Tobago, Port of Spain, Trinidad (telephone: 868-623-4909).

Hon. Ronald Crichlow
August 5, 2008
Page 3

       Should you have any questions, comments, or concerns, please do not hesitate to contact me.

                                         Sincerely,

                                          JEFFREY A. TAYLOR
                                          United States Attorney

By:

                                          BRUCE R. HEGYI
                                          Assistant United States Attorney

cc:      (without enclosure)
          Michael E. Lawlor Esquire
          Thomas J. Saunders, Esquire
          Jeffrey B. O'Toole, Esquire
          Reita Pendry, Esquire